JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jong Hyyn Lee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ur M. Jaddou et al,<br><br>　　　　Defendants. | Case No. 2:24-cv-02479-AB-Ex<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION<br><br>(PURSUANT TO LOCAL RULE 41) |

　　　On August 7, 2024, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. The Order to Show Cause required a written response to be filed by August 28, 204. No response has been filed.

　　　IT IS THERFORE ORDERED AND ADJUDGED that this action is **DISMISSED, WITHOUT PREJUDICE**, pursuant to Local Rule 41 for lack of prosecution and for failure to comply with Court orders.

Dated: January 16, 2025　　　　_____
　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1.